IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:21-cr-00182 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| | ) |
| KATIE LYNN MANCUSO | ) |

## ORDER

Pending before the Court is a Joint Motion to Correct Judgment (Doc.78). The motion is GRANTED, and the restitution amount in the Judgment (Doc. No. 76) is AMENDED. The amount of restitution listed on pages 6 and 8 is corrected to reflect the correct total restitution about of $1,011,241.66.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE